UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON,<br><br>    Petitioner,<br><br>    v.<br><br>SAN JOAQUIN,<br><br>    Respondent. | No. 2:19-cv-1740 CKD P<br><br>ORDER |

A review of court records reveals that the petition for writ of habeas corpus filed in this action is essentially the same as the operative petition in 19-cv-0148 DMC. Because the petition in this action is duplicative, this action was opened in error. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

Dated: October 8, 2019

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

---

1
bart1740.dup